254

■

787 A.2d 878

IN THE MATTER OF CLARK PEASE, AN ATTORNEY AT LAW.

January 10, 2002.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **CLARK PEASE** of **MERCHANTVILLE,** who was admitted to the bar of this State in 1984, and who was suspended from the practice of law for a period of three months effective May 24, 2001, by Order of the Court filed May 24, 2001, be restored to the practice of law, effective immediately.